| | |
|---|---|
| 1 | DAVID R. SINGH (Bar No. 300840) |
| 2 | david.singh@weil.com |
|   | ERIC A. RIVAS (Bar No. 324577) |
| 3 | eric.rivas@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway, 4th Floor |
| 5 | Redwood Shores, CA  94065 |
| 6 | Telephone: (650) 802-3000 |
|   | Facsimile: (650) 802-3100 |

Attorneys for Defendant The Gores Group LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| PLUSPASS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>VERRA MOBILITY CORP., PLATINUM EQUITY LLC, THE GORES GROUP LLC, and ATS PROCESSING SERVICES, INC.,<br><br>   Defendants. | Case No. 2:20-cv-10078-SB-SK<br><br>**STIPULATION OF DISIMISSAL OF THE GORES GROUP LLC, PLATINUM EQUITY LLC, AND ATS PROCESSING SERVICES, L.L.C. (SUED AS ATS PROCESSING SERVICES, INC.)**<br><br>Judge:  Hon. Stanley Blumenfeld, Jr. |

1    **WHEREAS**, on November 16, 2020, Plaintiff PlusPass, Inc. ("Plaintiff") filed the First Amended Complaint ("FAC," Dkt. 9) against Defendants Verra Mobility, Corporation, Platinum Equity LLC, The Gores Group LLC, and ATS Processing Services, L.L.C. (collectively "Defendants");

**WHEREAS**, on February 9, 2021, Defendants filed their respective motions to dismiss the FAC (Dkts. 34-36);

**WHEREAS**, on March 19, 2021, Plaintiff filed an *ex parte* application for leave to file a Second Amended Complaint (Dkt. 43), which Defendants opposed on March 23, 2021 (Dkt. 44), and which the Court denied on March 24, 2021 (Dkt. 48);

**WHEREAS**, on March 25, 2021, Plaintiff filed a consolidated opposition to Defendants' motions to dismiss the FAC (Dkt. 49);

**WHEREAS**, the parties have conferred and reached an agreement for Plaintiff to dismiss certain defendants and file a Second Amended Complaint ("SAC");

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants, through their respective counsel:

1. All claims asserted against The Gores Group LLC ("TGG"), Platinum Equity LLC ("Platinum"), and ATS Processing Services, L.L.C., sued as ATS Processing Services, Inc. ("ATS"), in this case are dismissed without prejudice, and Defendants' FRCP 12 motions attacking the FAC (Dkts. 34-36) shall be taken off calendar, along with the April 30, 2021 hearing date on those motions;

2. If at some future date Plaintiff seeks leave to re-allege claims against TGG, Platinum, or ATS, Plaintiff must meet and confer with TGG, Platinum, or ATS as appropriate, including by sharing any proposed complaint, and proffer a good faith basis to assert such claims before seeking leave from the Court;

3. Should Plaintiff seek leave to re-allege claims against TGG, Platinum, and ATS as provided in paragraph 2, TGG, Platinum, and ATS shall have the right to oppose Plaintiff's motion for leave;

4.  TGG, Platinum and ATS will continue document preservation obligations instituted in response to this litigation during the pendency of the litigation against Verra;

5.  Plaintiff's SAC shall be substantially similar to its previously proposed Second Amended Complaint (Dkt. 43-1, Ex. A), except that the SAC will name only Verra as a Defendant and not include a cause of action for a conspiracy to monopolize;

6.  Plaintiff and Verra will meet and confer in good faith and thereafter submit a stipulated schedule for the briefing and hearing of Verra's FRCP 12 motion(s) or other response to the SAC, allowing Verra at least 30 days after the filing of the SAC to file such response; and

7.  The parties agree that the Court should retain jurisdiction to enforce the terms of this Stipulation, if necessary.

Dated: April 8, 2021

Respectfully Submitted,

FISH & RICHARDSON PC
GIBSON WUNDER
KESSELMAN BRANTLY STOCKINGER LLP

By: */s/ David W. Kesselman*
    DAVID W. KESSELMAN

Attorneys for Plaintiff PLUSPASS, INC.

DLA PIPER LLP (US)

By: */s/ John S. Gibson*
    JOHN S. GIBSON

Attorneys for Defendants VERRA MOBILITY CORPORATION AND ATS PROCESSING SERVICES, L.L.C. (sued erroneously as ATS Processing Services, Inc.)

|   |   |
|---|---|
| 1 | GIBSON DUNN & CRUTCHER LLP |
| 2 | By: */s/ Rachel S. Brass* |
| 3 | RACHEL S. BRASS |
| 4 | Attorney for Defendant PLATINUM EQUITY LLC |
| 5 | |
| 6 | |
| 7 | WEIL, GOTSHAL & MANGES LLP |
| 8 | By: */s/ David R. Singh* |
|   | DAVID R. SINGH |
| 9 | |
| 10 | Attorneys for Defendant THE GORES GROUP LLC |

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with L.R. 5-4.3.4., I hereby attest that I have obtained the concurrence of all signatories in the filing of this document.

Dated: April 8, 2021                    */s/ David R. Singh*
                                         DAVID R. SINGH