NOT JS-6

FILED
CLERK, U.S. DISTRICT COURT
April 12, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| PLUSPASS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VERRA MOBILITY CORP., PLATINUM EQUITY LLC, THE GORES GROUP LLC, and ATS PROCESSING SERVICES, INC.,<br><br>    Defendants. | Case No. 2:20-cv-10078-SB-SK<br><br>**ORDER RE: STIPULATION OF DISMISSAL OF THE GORES GROUP LLC, PLATINUM EQUITY LLC, AND ATS PROCESSING SERVICES, L.L.C. (SUED AS ATS PROCESSING SERVICES, INC.)**<br><br>Judge: Hon. Stanley Blumenfeld, Jr. |

The Court, having reviewed and considered the parties' Stipulation (Dkt. 54), approves the Stipulation in its entirety and **HEREBY ORDERS** as follows:

1. All claims asserted against The Gores Group LLC ("TGG"), Platinum Equity LLC ("Platinum"), and ATS Processing Services, L.L.C., sued as ATS Processing Services, Inc. ("ATS") in this case are hereby dismissed without prejudice, and Defendants' FRCP 12 motions to dismiss (Dkts. 34-36) the First Amended Complaint (Dkt. 9, "FAC") are taken off calendar, as is the April 30, 2021 hearing date on those motions;

2. If at some future date PlusPass, Inc. ("Plaintiff") seeks leave to re-allege claims against TGG, Platinum, or ATS, Plaintiff must meet and confer with TGG, Platinum, or ATS as appropriate, including by sharing any proposed complaint, and proffer a good faith basis to assert such claims before seeking leave;

3. Should Plaintiff seek leave to re-allege claims against TGG, Platinum, and ATS as provided in paragraph 2, TGG, Platinum, and ATS shall have the right to oppose Plaintiff's motion for leave;

4. TGG, Platinum and ATS will continue document preservation obligations instituted in response to this litigation during the pendency of the litigation against Verra;

5. Plaintiff's Second Amended Complaint ("SAC") shall be substantially similar to its previously proposed Second Amended Complaint (Dkt. 43-1, Ex. A), except that the SAC will name only Verra as a Defendant and not include a cause of action for a conspiracy to monopolize;

6. Plaintiff and Verra will meet and confer in good faith and thereafter submit a stipulated schedule for the briefing and hearing of Verra's FRCP 12 motion(s) or other response to the SAC, allowing Verra at least 30 days after the filing of the SAC to file such response; and

7. The Court shall retain jurisdiction to enforce the terms of the Stipulation, if necessary.

Dated: April 12, 2021

_____
The Honorable Stanley Blumenfeld Jr.
United States District Judge