**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUSPASS, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> VERRA MOBILITY CORP., <br><br>          Defendant. | Case No. 2:20-CV-10078-FWS-SK <br><br> **ORDER RE JOINT STIPULATION TO EXTEND CASE SCHEDULE [137]** |

///

///

///

Having reviewed and considered the Parties' Joint Stipulation to Extend Case Schedule [137] (the "Stipulation"), and for the good cause demonstrated in the Stipulation,[1] the court **ORDERS** the court's June 30, 2022, Order Modifying Scheduling Order [116] **MODIFIED** to read as follows (with changes indicated by italics):

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | **First Day:** *11/7/2023* |
| Trial Length | **15 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *10/25/2023* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 7/28/2022 |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | *3/22/2023* |
| Expert Disclosure (Initial) | *4/12/2023* |
| Expert Disclosure (Rebuttal) | *5/3/2023* |
| Expert Discovery Cut-Off | *5/17/2023* |
| Last Date to **Hear** Motions **[Wednesday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | *8/2/2023* |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:<br>[ ] 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | *7/21/2023* |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | *10/4/2023* |

---

[1] Given the record before the court, the court is disinclined to grant further extensions of the trial date and accompanying dates.

| | |
|---|---|
| • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>Declarations containing Direct Testimony, if ordered<br> • (bench trial only) | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | *10/11/2023* |

IT IS SO ORDERED.

Dated: November 21, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

**CC: ADR**