1  **KESSELMAN BRANTLY STOCKINGER LLP**
   David W. Kesselman (SBN 203838)
2  *dkesselman@kbslaw.com*
   Trevor V. Stockinger (SBN 226359)
3  *tstockinger@kbslaw.com*
4  Amy T. Brantly (SBN 210893)
   *abrantly@kbslaw.com*
5  Abiel Garcia (SBN 289052)
   *agarcia@kbslaw.com*
6  1230 Rosecrans Avenue, Suite 400
7  Manhattan Beach, CA 90266
   Tel.: 310-307-4555 | Fax: 310-307-4570
8
   **GIBSON WUNDER P.C.**
9  Ethan Gibson (*PHV*)
   *ethan@gibsonwunder.com*
10 4 Houston Center
   1221 Lamar Street, Suite 1001
11 Houston, TX 77010
12 Tel: 713-897-8008 | Fax: 713-897-8007

13 *Attorneys for Plaintiff* PLUSPASS, INC.

14

15               UNITED STATES DISTRICT COURT

16         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

17 | PLUSPASS, INC.,            | Case No. 2:20-CV-10078-FWS-SKx
18 |                            |
   |         Plaintiff,         | **NOTICE OF *UNOPPOSED* MOTION
19 |                            | AND MOTION OF PLAINTIFF
   |   v.                       | PLUSPASS, INC. TO SLIGHTLY
20 |                            | MODIFY THE CASE SCHEDULE**
21 | VERRA MOBILITY CORP.,      |
   |                            | Date:       January 19, 2023
22 |         Defendant.         | Time:       10:00 a.m.
   |                            | Judge:      Hon. Fred W. Slaughter
23 |                            | Courtroom:  10D
24 |                            |
   |                            | Discovery Cut-Off:     3/22/2023
25 |                            | Pre-Trial Conference   10/25/2023
   |                            | Trial Date:            11/7/2023
26 |                            |
   |                            | SAC Filed:             4/27/2021
27

28

NOTICE OF *UNOPPOSED* MOTION AND MOTION OF PLAINTIFF
PLUSPASS, INC. TO SLIGHTLY MODIFY THE CASE SCHEDULE

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on January 19, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard, Plaintiff Plus Pass, Inc. ("Plaintiff" or "PlusPass") will and hereby does move the Court for an order slightly modifying the case schedule entered on November 21, 2022.  ECF No. 138.  Plaintiff asks the Court to slightly modify the summary judgment and expert disclosure deadlines to comport with an agreement that Plaintiff and Defendant Verra Mobility Corporation ("Defendant" or "Verra") (collectively "the Parties") had carefully negotiated and which the Court previously adopted in an earlier Order.  ECF No. 116.  Defendant Verra does not oppose this Motion or the requested modifications to the schedule, so long as no other dates in the Court's November 21, 2022 Order (ECF NO 138) are changed.

Summary Judgment. The Parties previously agreed that Plaintiff would be given 4 weeks to file an opposition to Defendant's expected motion for summary judgment, and Defendant would be given 2 weeks to file its reply in support of its motion for summary judgment.  Given the issues expected to be addressed on summary judgment in this antitrust case, the Parties negotiated and agreed to allow for the additional time.  The Court adopted the previously agreed upon schedule in its prior Order.  ECF No. 116.  The Parties included this request in their most recent stipulated submission to the Court.  ECF No. 137.

Expert Disclosures.  The Parties also previously agreed that each side would be given approximately 4 weeks to have their experts file rebuttal reports.  This was negotiated due to the issues expected to be raised by economic and other experts in this antitrust case.  The Court adopted the previously agreed upon schedule in its prior Order.  ECF No. 116.  The Parties included this request in their most recent stipulated submission to the Court.  ECF No. 137.

Accordingly, Plaintiff respectfully requests that the Court enter an Order slightly modifying the scheduling order to allow for the additional time to fully

address summary judgment and expert disclosures.  Plaintiff proposes the following slight modifications to the schedule:

| Event | Existing Date | Proposed Date |
|---|---|---|
| **Last Day to Hear MSJ** | 8/2/2023 | 8/16/2023 |
| • Opening MSJ brief | 6 weeks before hearing | 8 weeks before hearing |
| • Opposition MSJ due | 2 weeks after motion | 4 weeks before hearing |
| • Reply MSJ due | 1 week after opposition | 2 weeks after opposition |
| **Expert Disclosure (Rebuttal)** | 5/3/2023 | 5/10/2023 |
| **Expert Discovery Cut-Off** | 5/17/2023 | 5/23/2023 |

Plaintiff's requested modification to the schedule is limited; it does not request any change to the trial date or other pre-trial deadlines.  The request is made in good faith so that the parties can fully and properly address the complex issues expected to be raised on summary judgment and in expert reports in this antitrust case.  The request is also consistent with Plaintiff antitrust counsel's experience where slightly longer time frames for summary judgment and rebuttal expert reports are routine given the complexity of the legal, factual, and economic issues raised in antitrust cases.  *See* Declaration of David W. Kesselman, ¶ 8.

This Motion is based upon this Notice, the accompanying memorandum of points and authorities, the Declaration of David W. Kesselman filed concurrently herewith, all the records and papers filed herein, and such evidence and argument as may be presented at the hearing on this Motion.

This Motion is brought in compliance with Central District Local Rule 7-3.

As set forth above, Defendant Verra does not oppose this Motion or the requested modifications to the schedule, so long as no other dates in the Court's November 21, 2022 Order (ECF NO 138) are changed.

/ / /

/ / /

/ / /

NOTICE OF *UNOPPOSED* MOTION AND MOTION OF PLAINTIFF PLUSPASS, INC. TO SLIGHTLY MODIFY THE CASE SCHEDULE

December 22, 2022

Respectfully submitted,

KESSELMAN BRANTLY STOCKINGER LLP
GIBSON WUNDER P.C.

By:     *s/David W. Kesselman*
David W. Kesselman
Trevor V. Stockinger
Amy T. Brantly
Abiel Garcia
Ethan Gibson

Attorneys for Plaintiff
PLUSPASS, INC.

# MEMORANDUM OF POINTS AND AUTHORITIES

This litigation involves federal antitrust claims filed by PlusPass against Verra, and specifically claims under Sections 1 and 2 of the Sherman Act and Section 7 of the Clayton Act, as alleged in the operative Second Amended Complaint ("SAC").

On November 8, 2022, the Parties submitted a detailed joint stipulation setting out the Parties extensive efforts to move this case forward during discovery, and the good faith basis for seeking a modest extension to the existing discovery cut-off and trial date. ECF No. 137. On November 21, 2022, the Court entered an Order granting the stipulated request in material part. ECF No. 138. However, the Order entered by the Court modified the timing for summary judgment briefing and expert rebuttal reports that had been previously negotiated by the Parties, and which the Court had adopted in an earlier Order. ECF No. 116.

<u>Summary Judgment</u>. The Parties previously agreed that Plaintiff would be given 4 weeks to file an opposition to Defendant's expected motion for summary judgment, and Defendant would be given 2 weeks to file its reply in support of its motion for summary judgment. Given the issues expected to be addressed on summary judgment in this antitrust case, the Parties negotiated and agreed to allow for the additional time. Kesselman Decl. ¶ 4. The Court adopted the previously agreed upon schedule in its prior Order. ECF No. 116. The Parties included this request in their most recent stipulated submission to the Court. ECF No. 137.

<u>Expert Disclosures</u>. The Parties also previously agreed that each side would be given approximately 4 weeks to have their experts file rebuttal reports. Again, this was negotiated due to the expected to be raised by economic and other experts in this antitrust case. Kesselman Decl. ¶ 5. The Court adopted the previously agreed upon schedule in its prior Order. ECF No. 116. The Parties included this request in their most recent stipulated submission to the Court. ECF No. 137.

Plaintiff respectfully requests that the Court enter an Order slightly modifying the current scheduling order to allow for the additional time to fully address summary judgment and expert disclosures. Plaintiff proposes the following slight modifications to the schedule:

| Event | Existing Date | Proposed Date |
|---|---|---|
| **Last Day to Hear MSJ** | 8/2/2023 | 8/16/2023 |
| • Opening MSJ brief | 6 weeks before hearing | 8 weeks before hearing |
| • Opposition MSJ due | 2 weeks after motion | 4 weeks before hearing |
| • Reply MSJ due | 1 week after opposition | 2 weeks after opposition |
| **Expert Disclosure (Rebuttal)** | 5/3/2023 | 5/10/2023 |
| **Expert Discovery Cut-Off** | 5/17/2023 | 5/23/2023 |

Plaintiff's requested modification to the existing schedule is limited; it does not request any change to the trial date or other pre-trial deadlines. The request is made in good faith, consistent with what the Parties had previously negotiated, so that they can fully and properly address the complex issues expected to be raised on summary judgment and in expert reports in this antitrust case. The request is also consistent with Plaintiff antitrust counsel's experience where slightly longer time frames for summary judgment and rebuttal expert reports are often granted given the issues raised in antitrust cases of this type. *See* Kesselman Decl. ¶ 8.

Defendant does not oppose this Motion or the requested modifications to the schedule, so long as no other dates in the Court's November 21, 2022 Order (ECF NO 138) are changed.

Because Plaintiff's request is brought in good faith, and Defendant does not oppose Plaintiff's request, Plaintiff respectfully asks the Court to enter an Order slightly modifying the schedule as set forth herein.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1  December 22, 2022 | Respectfully submitted, |
| 2 | |
| 3 | KESSELMAN BRANTLY STOCKINGER LLP<br>GIBSON WUNDER P.C. |
| 4 | |
| 5 | By:        *s/David W. Kesselman* |
| 6 | David W. Kesselman<br>Trevor V. Stockinger |
| 7 | Amy T. Brantly<br>Abiel Garcia |
| 8 | Ethan Gibson |
| 9 | Attorneys for Plaintiff |
| 10 | PLUSPASS, INC. |

7    Case No. 2:20-CV-10078-FWS-SKx

NOTICE OF *UNOPPOSED* MOTION AND MOTION OF PLAINTIFF
PLUSPASS, INC. TO SLIGHTLY MODIFY THE CASE SCHEDULE