SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (CA Bar #114789)
Thomas J. Lloyd (CA Bar # 305507)
555 California Street, Suite 550
San Francisco, California 94104
Telephone:  (415) 954-0200
Facsimile:   (415) 393-9887
E-mail:  mark.dosker@squirepb.com
         thomas.lloyd@squirepb.com

SQUIRE PATTON BOGGS (US) LLP
Brian A. Cabianca (*pro hac vice*)
Kerryn L. Holman (*pro hac vice*)
David S. Norris (*pro hac vice*)
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone:  (602) 528-4000
Facsimile:   (602) 253-8129
E-mail: brian.cabianca@squirepb.com
        kerryn.holman@squirepb.com
        david.norris@squirepb.com

Attorneys for Defendant
VERRA MOBILITY CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUSPASS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERRA MOBILITY CORP., <br><br> Defendant. | Case No. 2:20-CV-10078-FWS-SKx <br><br> **DEFENDANT VERRA MOBILITY CORPORATION'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF EINER ELHAUGE** <br><br> Judge: Honorable Fred W. Slaughter <br><br> Date: August 17, 2023 <br> Time: 10:00 A.M. <br> Place: Courtroom 10D |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 17, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Fred W. Slaughter, in Courtroom 10D at the Ronald Reagan Federal Building & U.S. Courthouse located at 411 West 4th Street, Room 1053 Santa Ana, CA 92701, Defendant Verra Mobility Corp. ("Verra") will and hereby does move the Court for an order to exclude expert opinions and testimony of Plaintiff PlusPass, Inc.'s ("PlusPass") expert Einer Elhauge ("Elhauge"). Verra's Motion is made pursuant to Federal Rule of Evidence 702 on the grounds that certain opinions in Elhauge's expert report are unreliable because they are speculative, not based in fact, unsupported by evidence, and contrary to the allegations in the Second Amended Complaint.

Specifically, the Motion seeks to exclude the following opinions in Elhauge's expert report, including any subparts thereto:

1. Section II.B – The Relevant Product Market
2. Section VI – PlusPass' Purported Antitrust Damages

In addition, Verra's Motion is made pursuant to Federal Rule of Civil Procedure 8 and Federal Rule of Evidence 702 to exclude all references to Elhauge's "Cartel Ringmaster" Theory on the basis that this "theory" was previously undisclosed and is contrary to the allegations in the operative complaint.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 14, 2023. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of David S. Norris, including the exhibits thereto (each of which is the subject of a concurrently-filed application to file under seal), any reply papers, the arguments of counsel at any hearing that may be held, all pleadings, files, and records

in this proceeding, and any other such matters as the Court may consider at the time of the hearing on the Motion.

Dated:  June 21, 2023                      Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

*/s/ Mark C. Dosker*
Mark C. Dosker

*Attorneys for Defendant*
VERRA MOBILITY CORPORATION