# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 20-10078-FWS (SKx) | Date | August 24, 2023 |
|---|---|---|---|
| Title | PlusPass, Inc. v. Verra Mobility Corp. et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Amy Brantly | Mark Dosker |
| David Kesselman | David Norris |
| Ethan Gibson | Brian Cabianca |

**PROCEEDINGS:**   **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [169]**

**DEFENDANT'S MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF EINER ELHAUGE [170]**

**DEFENDANT'S MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF MATTHEW ZEHNDER [171]**

Motion hearings held. The court hears oral argument from the parties.

For the reasons stated on the record, the court issues the following orders:

- The court **CONTINUES** the hearing on Defendant's Motion for Summary Judgment [169] to **Thursday, September 14, 2023, at 10:00 a.m.**

- The court **SETS** Daubert Hearings regarding Defendant's Motion to Exclude Expert Opinions and Testimony of Einer Elhauge [170] and Defendant's Motion to Exclude Expert Opinions and Testimony of Matthew Zehnder [171] **on Monday, September 11, 2023, at 8:30 a.m.**

|  | 1 | : | 55 |
|---|---|---|---|
| Initials of Deputy Clerk | mku | | |