1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PLUSPASS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>VERRA MOBILITY CORP.,<br><br>             Defendant. | Case No. 2:20-CV-10078-FWS-SKx<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION REGARDING CASE SCHEDULE**<br><br>*Daubert* Hearing:         09/11/2023<br>Pre-Trial Conference:    10/25/2023<br>Trial Date:                    11/07/2023 |

The Court, having considered the joint stipulation between Plaintiff PlusPass, Inc. and Defendant Verra Mobility Corp., and good cause appearing therefor, the Court hereby **GRANTS** the Parties' stipulated request, and **ORDERS** that the schedule in this case be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Jury Trial | 11/07/2023 | 02/20/2024 or thereafter as the Court's calendar permits |
| Parties' Estimated Trial Length | | 15 Days |
| Final Pretrial Conference & Hearing on Motions in Limine | 10/25/2023 | 02/06/2023 |
| Trial filings (second round) | 10/11/2023 | 01/30/2024 |
| Trial filings (first round) | 10/04/2023 | 01/09/2024 |
| Summary Judgment Hearing (cont.) | 09/14/2023 | 09/28/2023 |
| Daubert Hearing Hearings (regarding Elhauge and Zehnder) | 09/11/2023 | 09/26/2023 |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
The Honorable Fred W. Slaughter
United States District Judge

2    Case No. 2:20-CV-10078-FWS-SKx
[PROPOSED] ORDER RE: JOINT STIPULATION
REGARDING CASE SCHEDULE