**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUSPASS, INC., <br><br>        Plaintiff, <br><br>    v. <br><br> VERRA MOBILITY CORP., <br><br>        Defendant. | Case No. 2:20-cv-10078-FWS-SK <br><br> **ORDER RE JOINT STIPULATION REGARDING CASE SCHEDULE [252]** |

///
///
///

Having reviewed and considered the Parties' Joint Stipulation Regarding Case Schedule (Dkt. 252 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation,[1] the court **ORDERS** the court's April 26, 2023, Order Re Joint Stipulation and Request to Amend the Modified Scheduling Order to Change the Last Day to Hear Motions by One Day, to Match the Court's Regular Civil Motion Day [Dkt. 165], **MODIFIED** and to read as follows (with changes indicated by italics):[2]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | **First Day:** *4/2/2024* |
| Parties' Estimated Trial Length | **15 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *3/14/2024* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | *7/28/2022* |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | *3/22/2023* |
| Expert Disclosure (Initial) | **4/12/2023** |
| Expert Disclosure (Rebuttal) | **5/10/2023** |
| Expert Discovery Cut-Off | **5/23/2023** |
| Last Date to **Hear** Motions **[Thursday]**[3]<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | *8/17/2023* |
| Deadline to file Motion for Summary Judgment | **6/21/2023** |
| Deadline to file Opposition to Motion for Summary Judgment | **7/19/2023** |
| Deadline to file Reply to Motion for Summary Judgment | **8/2/2023** |
| *Continued Hearing on Motion for Summary Judgment* **[Thursday at 10:00 a.m.]** | *10/5/2023* |

---

[1] Given the record before the court, the court is disinclined to grant further extensions of the trial date and accompanying dates.
[2] The following table is now the operative Scheduling Order in the above-captioned case.
[3] The deadlines for motions for summary judgment are also *subject to* and described in the following *four* boxes in the table.

| | |
|---|---|
| *Daubert Motion Hearings for Professor Elhauge and Mr. Zehnder* *[Tuesday at 8:30 a.m., subject to change]*[4] | **9/26/2023** |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: <br> [ ] 1. Magistrate Judge (with Court approval) <br> [ ] 2. Court's Mediation Panel <br> [x] 3. Private Mediation | **7/21/2023**[5] |
| **Trial Filings (first round)** <br> • Motions in Limine with Proposed Orders <br> • *Daubert Motions with Proposed Orders*[6] <br> • Memoranda of Contentions of Fact and Law [L.R. 16-4] <br> • Witness Lists [L.R. 16-5] <br> • Joint Exhibit List [L.R. 16-6.1] <br> • Joint Status Report Regarding Settlement <br> • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only) <br> • Declarations containing Direct Testimony, if ordered (bench trial only) <br> • *Affirmative Deposition Designation(s)* | **1/11/2024** |
| **Trial Filings (second round)** <br> • Oppositions to Motions in Limine <br> • *Oppositions to Daubert Motions*[7] <br> • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] <br> • Joint/Agreed Proposed Jury Instructions (jury trial only) <br> • Disputed Proposed Jury Instructions (jury trial only) <br> • Joint Proposed Verdict Forms (jury trial only) | **2/1/2024** |

---

[4] The *Daubert* Hearings for Professor Elhauge and Mr. Zehnder were originally scheduled on September 11, 2023, a date in which the court did not have any scheduling conflicts. The court does currently have a scheduling conflict with the Parties' suggested date of September 26, 2023; this conflict may or may not remain. In the event the scheduling conflict remains, the court will modify the instant Order and continue both the *Daubert* hearings and hearing on Defendant's Motion for Summary Judgment.

[5] The court notes the deadline to complete the Settlement Conference has passed; however, there appears to be no document in the docket demonstrating that the parties have complied with this deadline and order. (*See generally* Dkt.) Therefore, the court **ORDERS** the Parties to file a Joint Report no later than **September 12, 2023, at 5:00 p.m.**, describing whether the Parties have complied with the July 21, 2023, deadline to complete the Settlement Conference previously issued by the court.

[6] *Daubert* motions and oppositions to *Daubert* motions shall not exceed **ten (10) pages** in length.

[7] Pursuant to this court's order on pretrial and trial procedures, the parties **shall not** file replies to the motions *in limine*. (*See* Dkt. 111 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties **shall not** file replies to any *Daubert* motions.

| | |
|---|---|
| • Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• *Objections and Counter Deposition Designation(s)* | |
| • *Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s)* | *2/15/2024* |

**IT IS SO ORDERED**.

Dated: September 5, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR