**KESSELMAN BRANTLY STOCKINGER LLP**
David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Trevor V. Stockinger (SBN 226359)
*tstockinger@kbslaw.com*
Amy T. Brantly (SBN 210893)
*abrantly@kbslaw.com*
Abiel Garcia (SBM 289052)
*agarcia@kbslaw.com*
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
Tel.: 310-307-4555 | Fax: 310-307-4570

**GIBSON WUNDER P.C.**
Ethan Gibson (*PHV*)
*ethan@gibsonwunder.com*
4 Houston Center
1221 Lamar Street, Suite 1001
Houston, TX 77010
Tel: 713-897-8008 | Fax: 713-897-8007

*Attorneys for Plaintiff*
PLUSPASS, INC.

[Additional Counsel on Following Page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PLUSPASS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> VERRA MOBILITY CORP., <br><br>    Defendant. | Case No. 2:20-CV-10078-FWS-SKx <br><br> **JOINT REPORT ON MEDIATION** |

1  **SQUIRE PATTON BOGGS (US) LLP**
Mark C. Dosker (SBN 114789)
2  *mark.dosker@squirepb.com*
Thomas J. Lloyd (SBN 305507)
3  *thomas.lloyd@squirepb.com*
4  555 California Street, 5th Floor
San Francisco, California 94104
5  Tel: 415-954-0200 | Fax: 415-393- 9887

6
**SQUIRE PATTON BOGGS (US) LLP**
7  Brian A. Cabianca (*pro hac vice*)
*brian.cabianca@squirepb.com*
8  Kerryn L. Holman (*pro hac vice*)
*kerryn.holman@squirepb.com*
9  David S. Norris (*pro hac vice*)
10 *david.norris@squirepb.com*
2325 E. Camelback Road, Suite 700
11 Phoenix, AZ 85016
Tel: 602-528-4000 | Fax: 602-253-8129
12
13 *Attorneys for Defendant*
VERRA MOBILITY CORPORATION
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's September 6, 2023 Order Re Joint Stipulation (ECF No. 254), and specifically the Court's Order that the parties provide an update on completing a settlement conference (*id*. at 3 n.5), Plaintiff PlusPass, Inc. and Defendant Verra Mobility Corp. (collectively "the Parties") jointly inform the Court as follows:

On July 18, 2023, in advance of the July 21, 2023 deadline, the Parties participated in an all-day mediation before retired United States District Court Judge S. James Otero. Although the Parties were not able to reach a resolution at the mediation, Judge Otero remains actively involved in ongoing communications with the Parties to determine if a resolution might be possible.

The Parties did not provide an earlier update because the parties had understood the prior scheduling Order, (ECF No. 146) to not request an update regarding settlement until the October 4, 2023 deadline to provide a "Joint Status Report Regarding Settlement."

Dated: September 8, 2023

KESSELMAN BRANTLY STOCKINGER LLP
GIBSON WUNDER P.C.

By:    */s/ David W. Kesselman*
            David W. Kesselman

*Attorneys for Plaintiff*
PLUSPASS, INC.

Dated: September 8, 2023

SQUIRE PATTON BOGGS (US) LLP

By:    */s/ Mark C. Dosker*
            Mark C. Dosker

*Attorneys for Defendant*
VERRA MOBILITY CORPORATION

3   Case No. 2:20-CV-10078-FWS-SKx
JOINT REPORT ON MEDIATION

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Mark C. Dosker has concurred with this filing.

Dated: September 8, 2023     KESSELMAN BRANTLY STOCKINGER LLP

By: ___/s/ David W. Kesselman___
David W. Kesselman

*Attorneys for Plaintiff*
PLUSPASS, INC.