**KESSELMAN BRANTLY STOCKINGER LLP**
David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Trevor V. Stockinger (SBN 226359)
*tstockinger@kbslaw.com*
Amy T. Brantly (SBN 210893)
*abrantly@kbslaw.com*
Abiel Garcia (SBN 289052)
*agarcia@kbslaw.com*
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
Tel.: 310-307-4555 | Fax: 310-307-4570

**GIBSON WUNDER P.C.**
Ethan Gibson (*PHV*)
*ethan@gibsonwunder.com*
4 Houston Center
1221 Lamar Street, Suite 1001
Houston, TX 77010
Tel: 713-897-8008 | Fax: 713-897-8007

*Attorneys for Plaintiff* PLUSPASS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PLUSPASS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERRA MOBILITY CORP., <br><br> Defendant. | Case No. 2:20-CV-10078-FWS-SKx <br><br> **NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT** |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff PlusPass, Inc. ("PlusPass") has been advised by certain non-parties of their intent to seek to seal by redaction certain portions of the transcript of proceedings held on August 24, 2023 before the Hon. Fred W. Slaughter in the above-captioned case. PlusPass does not, itself, have any intent to apply to seal any portion of the transcript but submits the instant notice only on behalf of the third parties.

DATED: September 21, 2023    Respectfully submitted,

        By   *s/ Amy T. Brantly*
              Amy T. Brantly

KESSELMAN BRANTLY STOCKINGER LLP
David W. Kesselman
Trevor T. Stockinger
Amy Brantly
Abiel Garcia

GIBSON WUNDER, P.C.
Ethan Gibson
Attorneys for Plaintiff PLUSPASS, INC.