**KESSELMAN BRANTLY STOCKINGER LLP**
David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Trevor V. Stockinger (SBN 226359)
*tstockinger@kbslaw.com*
Amy T. Brantly (SBN 210893)
*abrantly@kbslaw.com*
Abiel Garcia (SBN 289052)
*agarcia@kbslaw.com*
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
Tel.: 310-307-4555 | Fax: 310-307-4570

**GIBSON WUNDER P.C.**
Ethan Gibson (*PHV*)
*ethan@gibsonwunder.com*
4 Houston Center
1221 Lamar Street, Suite 1001
Houston, TX 77010
Tel: 713-897-8008 | Fax: 713-897-8007

*Attorneys for Plaintiff* PLUSPASS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PLUSPASS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VERRA MOBILITY CORP.,<br><br>    Defendant. | Case No. 2:20-CV-10078-FWS-SKx<br><br>**PLAINTIFF'S EXHIBIT LIST REGARDING HEARING ON VERRA'S *DAUBERT* MOTIONS CHALLENGING THE EXPERT WITNESS TESTIMONY OF PROFESSOR EINER ELHAUGE AND MATTHEW ZEHNDER**<br><br>Date:       September 26, 2023<br>Time:       8:30 a.m.<br>Location:  Courtroom 10D<br>Judge:      Hon. Fred W. Slaughter |

Pursuant to the Court's September 25, 2023 Order, Plaintiff PlusPass, Inc. ("PlusPass") submits the following Exhibit List to the concurrently filed Proffer of Expert Witness Professor Einer Elhauge and Proffer of Expert Witness Matthew Zehnder.

DATED: September 25, 2023       Respectfully submitted,

By      /s/ David W. Kesselman
                David W. Kesselman

KESSELMAN BRANTLY STOCKINGER LLP
David W. Kesselman
Trevor T. Stockinger
Amy Brantly
Abiel Garcia

GIBSON WUNDER, P.C.
Ethan Gibson

Attorneys for Plaintiff PLUSPASS, INC.

| Exhibit | Description | Date Identified | Date Admitted | Objection | Basis for Objection |
|---|---|---|---|---|---|
| 1 | Expert Report of Professor Einer Elhauge, dated April 12, 2023 (Norris Decl. Ex. 39, Dkt. 174-4) | | | | |
| 2 | Expert Report of Matthew Zehnder, dated May 10, 2023 (Norris Decl. Ex. 40, Dkt. 174-4) | | | | |
| 3 | Excerpts from the Expert Rebuttal Report of Bryan G.M. Keating, dated May 10, 2023 (Kesselman Decl. Ex. A, Dkt. 217-4) | | | | |
| 4 | Excerpts from the Expert Report of Mark A. Israel, Ph.D., dated May 10, 2023 (Kesselman Decl. Ex. B, Dkt. 217-5) | | | | |
| 5 | Excerpts from the Initial Expert Report of Robert Ling, dated April 12, 2023 (Kesselman Decl. Ex. C, Dkt. 217-6) | | | | |
| 6 | Excerpts from the Expert Report of Scott Andrews, dated April 12, 2023 (Kesselman Decl. Ex. D, Dkt. 216-4) | | | | |
| 7 | Excerpts from the Deposition of Einer Elhauge, dated May 23, 2023 (Kesselman Decl. Ex. E, Dkt 216-4) | | | | |
| 8 | Excerpts from the Deposition of Matthew Zehnder, dated May 23, 2023 (Kesselman Decl. Ex. F, Dkt. 216-4) | | | | |
| 9 | Excerpts from the Deposition of Glenn Deitiker, dated March 1, 2023 (Kesselman Decl. Ex. G, Dkt. 216-4) | | | | |

| Exhibit | Description | Date Identified | Date Admitted | Objection | Basis for Objection |
|---|---|---|---|---|---|
| 10 | Excerpts from the Deposition of Scott Andrews, dated May 18, 2023 (Kesselman Decl. Ex. H, Dkt. 216-4) | | | | |
| 11 | Excerpts from Plaintiff PlusPass, Inc.'s Responses to Defendant's Second Set of Interrogatories, dated December 16, 2022 (Kesselman Decl. Ex. I, Dkt. 216-4) | | | | |
| 12 | Letter from Robert Paul of Compass Lexecon to Mark C. Dosker, dated November 22, 2021 (Kesselman Decl. Ex. J, Dkt. 216-4) | | | | |
| 13 | Excerpts from United States Securities and Exchange Commission Form 10-K, dated March 1, 2023, Bates labeled COMPASS_00183 (Kesselman Decl. Ex. K, Dkt. 216-4) | | | | |
| 14 | E-mail from Vincent Brigidi to James Tuton, David Roberts, and Matthew Alexander dated June 14, 2016, Bates labeled VERRA-00053009 to VERRA-00053011 (Kesselman Decl. Ex. L, Dkt. 272-1) | | | | |
| 15 | Excerpts from Verra Mobility Platform – Reaching New Audiences presentation, Bates-labeled VERRA-00071966 to VERRA-00072009 (Kesselman Decl. Ex. M, Dkt. 272-2) | | | | |
| 16 | Excerpts from Draft American Traffic Solutions Presentation, dated July 2017, Bates-labeled | | | | |

| Exhibit | Description | Date Identified | Date Admitted | Objection | Basis for Objection |
|---|---|---|---|---|---|
|  | VERRA-00007055 (Kesselman Decl. Ex. N, Dkt. 272-3) |  |  |  |  |
| 17 | Plaintiff PlusPass, Inc. Second Amended Complaint and Demand for Jury Trial, dated April 27, 2021 (Dkt. 56) |  |  |  |  |
| 18 | Curriculum Vitae of Matthew Zehnder (Exhibit 1 to the Expert Report of Matthew Zehnder, dated May 10, 2023) |  |  |  |  |