# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-10078-FWS (SKx) | Date | September 26, 2023 |
| Title | PlusPass, Inc. v. Verra Mobility Corp. et al | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Amy Brantly | Mark Dosker |
| Ethan Gibson | Brian Cabianca |
| David Kesselman | David Norris |

**PROCEEDINGS:** (EVIDENTIARY) DAUBERT HEARING RE: Defendant's Motion to Exclude Expert Opinions and Testimony of Einer Elhauge [170]

(EVIDENTIARY) DAUBERT HEARING RE: Defendant's Motion to Exclude Expert Opinions and Testimony of Matthew Zehnder [171]

Daubert hearing held regarding Defendant's Motion to Exclude Expert Opinions and Testimony of Einer Elhauge [170].

Expert Witness Einer Elhauge sworn and testified. Exhibits identified. The Court hears oral argument. The Court takes the Motion under submission. Order to issue.

Daubert hearing held regarding Defendant's Motion to Exclude Expert Opinions and Testimony of Matthew Zehnder [171].

Expert Witness Matthew Zehnder sworn and testified. Exhibits identified and admitted.

The Daubert Hearing on Defendant's Motion to Exclude Expert Opinions and Testimony of Matthew Zehnder [171] is **CONTINUED** to **October 4, 2023, at 9:00 a.m.**

3 : 57

Initials of Deputy Clerk   mku