# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 20-10078-FWS (SKx) | Date | October 4, 2023 |
|---|---|---|---|
| Title | PlusPass, Inc. v. Verra Mobility Corp. et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

| Amy Brantly | Mark Dosker |
|---|---|
| David Kesselman | David Norris |
| Ethan Gibson | Brian Cabianca |

**PROCEEDINGS:**     **(EVIDENTIARY) DAUBERT HEARING RE: DEFENDANT'S MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF MATTHEW ZEHNDER [171]**

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [169]

Continued Daubert hearing held regarding and Defendant's Motion to Exclude Expert Opinions and Testimony of Matthew Zehnder [171].

Expert Witness and Matthew Zehnder sworn and testified.   Exhibits identified and admitted.   The Court hears oral argument.   The Court takes the Motion under submission. Order to issue.   See attached List of Exhibits admitted by the court.

Upon agreement of the court and parties, the court **ADVANCES** the hearing on Defendant's Motion for Summary Judgment [169] to today's proceedings.

Motion hearing held.   The court hears oral argument regarding Defendant's Motion for Summary Judgment [169].   The court takes the Motion under submission.   Order to issue.

EVID HRG [171] – 2:15
MOTION [169] – 0:20

| 2 | : | 35 |
|---|---|---|

Initials of Deputy Clerk     mku

## LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 20-10078-FWS (SKx) | Title | PlusPass, Inc. v. Verra Mobility Corp. et al |
|---|---|---|---|
| **Judge** | FRED W. SLAUGHTER | | |
| **Dates of Trial or Hearing** | 9/26/2023; 10/4/2023 | | |
| **Court Reporters or Tape No.** | Deborah Parker | | |
| **Deputy Clerks** | Melissa H. Kunig | | |

**FILED**
OCT 4, 2023

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY   MKU
Deputy Clerk, U.S. District Court

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Amy Brantly | Mark Dosker |
| David Kesselman | David Norris |
| Ethan Gibson | Brian Cabianca |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**KESSELMAN BRANTLY STOCKINGER LLP**
David W. Kesselman (SBN 203838)
*dkesselman@kbslaw.com*
Trevor V. Stockinger (SBN 226359)
*tstockinger@kbslaw.com*
Amy T. Brantly (SBN 210893)
*abrantly@kbslaw.com*
Abiel Garcia (SBN 289052)
*agarcia@kbslaw.com*
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
Tel.: 310-307-4555 | Fax: 310-307-4570

**GIBSON WUNDER P.C.**
Ethan Gibson (*PHV*)
*ethan@gibsonwunder.com*
4 Houston Center
1221 Lamar Street, Suite 1001
Houston, TX 77010
Tel: 713-897-8008 | Fax: 713-897-8007

*Attorneys for Plaintiff* PLUSPASS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PLUSPASS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>VERRA MOBILITY CORP.,<br><br>    Defendant. | Case No. 2:20-CV-10078-FWS-SKx<br><br>**PLAINTIFF'S EXHIBIT LIST REGARDING HEARING ON VERRA'S *DAUBERT* MOTIONS CHALLENGING THE EXPERT WITNESS TESTIMONY OF PROFESSOR EINER ELHAUGE AND MATTHEW ZEHNDER**<br><br>Date:  September 26, 2023<br>Time:  8:30 a.m.<br>Location: Courtroom 10D<br>Judge:  Hon. Fred W. Slaughter |

1    Pursuant to the Court's September 25, 2023 Order, Plaintiff PlusPass, Inc.

2  ("PlusPass") submits the following Exhibit List to the concurrently filed Proffer of

3  Expert Witness Professor Einer Elhauge and Proffer of Expert Witness Matthew

4  Zehnder.

5

6  DATED: September 25, 2023     Respectfully submitted,

7

8                        By _____/s/ David W. Kesselman_____
                              David W. Kesselman

9

10                       KESSELMAN BRANTLY STOCKINGER LLP
                         David W. Kesselman

11                       Trevor T. Stockinger
                         Amy Brantly

12                       Abiel Garcia

13

14                       GIBSON WUNDER, P.C.
                         Ethan Gibson

15

16                       Attorneys for Plaintiff PLUSPASS, INC.

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S EXHIBIT LIST REGARDING HEARING ON VERRA'S *DAUBERT*
MOTIONS CHALLENGING THE EXPERT WITNESS TESTIMONY OF PROFESSOR
EINER ELHAUGE AND MATTHEW ZEHNDER

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Expert Report of Professor Einer Elhauge, dated April 12, 2023 (Norris Decl. Ex. 39, Dkt. 174-4) | | |
| 2 | Expert Report of Matthew Zehnder, dated May 10, 2023 (Norris Decl. Ex. 40, Dkt. 174-4) | 10/4/23 | |
| 3 | Excerpts from the Expert Rebuttal Report of Bryan G.M. Keating, dated May 10, 2023 (Kesselman Decl. Ex. A, Dkt. 217-4) | | |
| 4 | Excerpts from the Expert Report of Mark A. Israel, Ph.D., dated May 10, 2023 (Kesselman Decl. Ex. B, Dkt. 217-5) | | |
| 5 | Excerpts from the Initial Expert Report of Robert Ling, dated April 12, 2023 (Kesselman Decl. Ex. C, Dkt. 217-6) | | |
| 6 | Excerpts from the Expert Report of Scott Andrews, dated April 12, 2023 (Kesselman Decl. Ex. D, Dkt. 216-4) | | |
| 7 | Excerpts from the Deposition of Einer Elhauge, dated May 23, 2023 (Kesselman Decl. Ex. E, Dkt. 216-4) | | |
| 8 | Excerpts from the Deposition of Matthew Zehnder, dated May 23, 2023 (Kesselman Decl. Ex. F, Dkt. 216-4) | | |
| 9 | Excerpts from the Deposition of Glenn Deitiker, dated March 1, 2023 (Kesselman Decl. Ex. G, Dkt. 216-4) | | |
| 10 | Excerpts from the Deposition of Scott Andrews, dated May 18, 2023 (Kesselman Decl. Ex. H, Dkt. 216-4) | | |
| 11 | Excerpts from Plaintiff PlusPass, Inc.'s Responses to Defendant's Second Set of Interrogatories, dated December 16, 2022 (Kesselman Decl. Ex. I, Dkt. 216-4) | | |
| 12 | Letter from Robert Paul of Compass Lexecon to Mark C. Dosker, dated November 22, 2021 (Kesselman Decl. Ex. J, Dkt. 216-4) | | |
| 13 | Excerpts from United States Securities and | | |

PLAINTIFF'S EXHIBIT LIST REGARDING HEARING ON VERRA'S *DAUBERT* MOTIONS CHALLENGING THE EXPERT WITNESS TESTIMONY OF PROFESSOR EINER ELHAUGE AND MATTHEW ZEHNDER

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Exchange Commission Form 10-K, dated March 1, 2023, Bates labeled COMPASS_00183 (Kesselman Decl. Ex. K, Dkt. 216-4) | | |
| 14 | E-mail from Vincent Brigidi to James Tuton, David Roberts, and Matthew Alexander dated June 14, 2016, Bates labeled VERRA-00053009 to VERRA-00053011 (Kesselman Decl. Ex. L, Dkt. 272-1) | | |
| 15 | Excerpts from Verra Mobility Platform – Reaching New Audiences presentation, Bates-labeled VERRA-00071966 to VERRA-00072009 (Kesselman Decl. Ex. M, Dkt. 272-2) | | |
| 16 | Excerpts from Draft American Traffic Solutions Presentation, dated July 2017, Bates-labeled VERRA-00007055 (Kesselman Decl. Ex. N, Dkt. 272-3) | 9/26/23 | |
| 17 | Plaintiff PlusPass, Inc. Second Amended Complaint and Demand for Jury Trial, dated April 27, 2021 (Dkt. 56) | | |
| 18 | Curriculum Vitae of Matthew Zehnder (Exhibit 1 to the Expert Report of Matthew Zehnder, dated May 10, 2023) | 9/26/23 | 9/26/23 |

PLAINTIFF'S EXHIBIT LIST REGARDING HEARING ON VERRA'S *DAUBERT* MOTIONS CHALLENGING THE EXPERT WITNESS TESTIMONY OF PROFESSOR EINER ELHAUGE AND MATTHEW ZEHNDER

SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (CA Bar #114789)
Thomas J. Lloyd (CA Bar # 305507)
555 California Street, Suite 500
San Francisco, California 94104
Telephone:   (415) 954-0200
Facsimile:    (415) 393-9887
E-mail:  mark.dosker@squirepb.com
              thomas.lloyd@squirepb.com

SQUIRE PATTON BOGGS (US) LLP
Brian A. Cabianca (pro hac vice)
Kerryn L. Holman (pro hac vice)
David S. Norris (pro hac vice)
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone:   (602) 528-4000
Facsimile:   (602) 253-8129
E-mail: brian.cabianca@squirepb.com
            kerryn.holman@squirepb.com
            david.norris@squirepb.com

Attorneys for Defendant
VERRA MOBILITY CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PLUSPASS, INC., | CASE NO.  2:20-CV-10078-FWS-SK |
| Plaintiff, | **VERRA'S EXHIBIT LIST FOR EVIDENTIARY HEARINGS ON MOTIONS TO EXCLUDE TESTIMONY AND OPINIONS OF EINER ELHAUGE AND MATTHEW ZEHNDER** |
| v. | |
| VERRA MOBILITY CORP., | |
| Defendant. | Judge:    Honorable Fred W. Slaughter |
| | Date:     September 26, 2023 |
| | Time:     8:30 a.m. |
| | Place:    Courtroom 10D |

SQUIRE PATTON BOGGS (US) LLP
555 California St. Ste 550
San Francisco, California 94104

Pursuant to the Court's Order dated September 25, 2023 (Dkt. 283), Defendant Verra Mobility Corp. ("Verra") submits this Exhibit List in connection with the evidentiary hearings set by the Court for September 26, 2023, at 8:30 a.m. on Verra's motions to exclude portions of the opinions and testimony of Einer Elhauge and Matthew Zehnder (Dkts. 170 & 171).

**Verra's Exhibit List[1]**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 100 | Expert Report of Professor Einer Elhauge (April 12, 2023) | | |
| 101 | Expert Report of Matthew Zehnder (May 10, 2023) | | |
| 102 | Initial Expert Report of Robert Ling (April 12, 2023) | | |
| 103 | Expert Report of Scott Andrews (April 12, 2023) | | |
| 104 | Expert Rebuttal Report of Brian G.M. Keating (May 10, 2023) | | |
| 105 | Index of PlusPass' Counsel's Speaking Objections | | |
| 106 | Plaintiff PlusPass, Inc's Supplemental Responses to Defendant's First Set of Interrogatories (March 22, 2023) | 9/26/23 | |
| 107 | *It's My Party, Inc. v. Live Nation, Inc.*, 88 F. Supp. 3d 475 (D. Md. 2015) | 9/26/23 | |
| 108 | *It's My Party, Inc. v. Live Nation, Inc.*, 811 F.3d 676 (4th Cir. 2016) | | |

---

[1] Exhibits 100, 102, and 104 are subject to the Joint Renewed Application for Leave to File Under Seal (Dkt. 258), currently pending before the Court, and Exhibit 101 has already been filed under seal pursuant to PlusPass's request and the Court granting that request (Dkt. 253). Thus, to the extent Verra offers these exhibits into evidence, it may do so under seal.

SQUIRE PATTON BOGGS (US) LLP
555 California St, Ste 850
San Francisco, California 94104

SQUIRE PATTON BOGGS (US) LLP
555 California St. Ste 550
San Francisco, California 94104

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 109 | Areeda & Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* (4th & 5th eds. 2023) (Excerpts) | 9/26/23 | |
| 110 | Uber Technologies, Inc., Form 10-K (for the fiscal year ended December 31, 2019) | 9/26/23 | |
| 111 | Granitz & Klein, *Monopolization by "Raising Rivals' Costs: The Standard Oil Case* (Apr. 1996) (ELHAUGE000426) | | |
| 112 | Krattenmaker & Salop, *Anticompetitive Exclusion: Raising Rivals' Costs to Achieve Power over Price* (Dec. 1986) (ELHAUGE000490) | | |
| 113 | Gores Holdings II Verra Mobility Investor Presentation (July 2018) (VERRA-00003723) | | |
| 114 | Plaintiff PlusPass Inc.'s Second Amended Complaint (Dkt. 56) | | |
| 115 | Plaintiff PlusPass Inc.'s Opposition to Verra Inc.'s Motion to Dismiss Second Amended Complaint (Dkt. 67) | | |
| 116 | Plaintiff PlusPass, Inc.'s Opposition to Defendant Verra Mobility Corp.'s Motion to Exclude Expert Opinions and Testimony of Matthew Zehnder (Dkt. 273) | | |
| 117 | ABG Annual Review (Fiscal Year 2020) (VERRA-00004134) (Ex. 5 to Elhauge Deposition) | | |

1

2   October 4, 2023

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By:  */s/ David S. Norris*
David S. Norris

*Attorneys for Defendant*
VERRA MOBILITY CORPORATION

SQUIRE PATTON BOGGS (US) LLP
555 California St. Ste 559
San Francisco, California 94104