1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PLUSPASS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERRA MOBILITY CORP., <br><br> Defendant. | Case No. 2:20-CV-10078-FWS-SKx <br><br> **[PROPOSED] ORDER RE: STIPULATED REQUEST FOR STAY OF CASE SCHEDULE** <br><br> Pre-Trial Conference:  03/14/2024 <br> Trial Date:  04/02/2024 |

The Court, having considered the Notice of Settlement and Stipulated Request for Stay of Case Schedule between Plaintiff PlusPass, Inc. and Defendant Verra Mobility Corp., and good cause appearing therefore, the Court hereby **GRANTS** the Parties' request, and **ORDERS** that this matter is stayed and the remaining dates in the Order Re Joint Stipulation Regarding Case Schedule (Dkt. 254), outlined below are vacated.

| Event | Current Date |
|---|---|
| Jury Trial | 04/02/2024 |
| Parties' Estimated Trial Length | 15 days |
| Final Pretrial Conference & Hearing on Motions in Limine | 03/14/2024 |
| Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | 02/15/2024 |
| Trial filings (second round) | 02/01/2024 |
| Trial filings (first round) | 01/11/2021 |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
The Honorable Fred W. Slaughter
United States District Judge

2       Case No. 2:20-CV-10078-FWS-SKx
[PROPOSED] ORDER RE: STIPULATED REQUEST FOR STAY OF CASE SCHEDULE