UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PLUSPASS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>VERRA MOBILITY CORP.,<br><br>    Defendant. | Case No. 2:20-CV-10078-FWS-SKx<br><br>[PROPOSED]<br><br>**ORDER GRANTING STIPULATED MOTION TO VACATE ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT** |

The Court, having considered the Parties' Stipulated Motion to Vacate Order Dismissing Action on Notice of Settlement (the "Motion"), and good cause appearing therefore, the Court hereby **GRANTS** the Motion. The Court's Order Dismissing Action on Notice of Settlement (Dkt. 300) is hereby **VACATED**. By March 22, 2024, the Parties shall either file a stipulation to dismiss this matter or a status update as to why no stipulation has been filed.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
The Honorable Fred W. Slaughter
United States District Judge

[PROPOSED] ORDER
2:20-CV-10078-FWS-SKx