**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PLUSPASS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VERRA MOBILITY CORP.,<br><br>    Defendant. | Case No. 2:20-cv-10078-FWS-SK<br><br>**ORDER RE STIPULATED MOTION TO VACATE ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT [314]** |

Having reviewed and considered the Parties' Stipulated Motion to Vacate Order Dismissing Action On Notice Of Settlement, (Dkt. 314) ("Stipulation"), the files and records of the case, including the court's December 5, 2023, (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT, (Dkt. 300) ("December 5, 2023, Order"), the applicable law, and good cause appearing, the court **ORDERS** the following:

The language "The court retains jurisdiction for **sixty (60) days** to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed," in the court's December 5, 2023, Order, is **MODIFIED** to read as, "The court retains jurisdiction for **one-hundred fifty (150) days** to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed."  All remaining language in the December 5, 2023, Order remains unchanged.  Consistent with the reasons stated in the Stipulation, the Parties may file their "stipulation to dismiss this matter with prejudice," (Dkt. 314 at 2), that seeks

to supersede the court's December 5, 2023, Order, for the court's consideration, within the one-hundred-fifty (150) day period specified above.

**IT IS SO ORDERED**.

Dated: February 2, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE